THE COURT.—This action was tried together with No. 2391, *Nutting* v. *City of Los Angeles et al., ante,* p. 519, [170 Pac. 680], in which the decision of this court was filed to-day; the two cases being tried upon the same evidence. The opinion written in the Nutting case covers all of the questions which we find it necessary to determine in this case. Upon the authority of that decision, the judgment appealed from herein is reversed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on February 7, 1918.

[Civ. No. 2468. Second Appellate District.—December 10, 1917.]

THE RINDGE COMPANY (a Corporation), Respondent, v. THE CITY OF LOS ANGELES (a Municipal Corporation), et al., Appellants.

STREET ASSESSMENT—OPENING OF STREET UNDER ACT OF 1903—PROCEEDINGS OF CITY COUNCIL — WHEN CONCLUSIVE. — Judgment reversed on authority of *Nutting* v. *City of Los Angeles et al., ante,* p. 519.

APPEAL from a judgment of the Superior Court of Los Angeles County. Lewis R. Works, Judge.

The facts are the same as those stated in the opinion in *Nutting* v. *City of Los Angeles et al., ante,* p. 519.

Albert Lee Stephens, City Attorney, Charles S. Burnell, Assistant City Attorney, and Arthur M. Ellis, for Appellants.

Edw. F. Wehrle, for Respondent.

THE COURT.—This action was tried together with No. 2391, *Nutting* v. *City of Los Angeles et al., ante,* p. 519, [170 Pac. 680], in which the decision of this court was filed to-day; the two cases being tried upon the same evidence. The opinion written in the Nutting case covers all of the questions which we find it necessary to determine in this case. Upon the authority of that decision, the judgment appealed from herein is reversed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on February 7, 1918.

---

[Civ. No. 1767. First Appellate District.—December 15, 1917.]

## WILLIAM F. HERRON, Respondent, v. LEWIS S. GEAR, Appellant.

PROMISSORY NOTE — SETTLEMENT OF ACTION — FRAUD—SUFFICIENCY OF EVIDENCE.—Order denying motion to compel entry of satisfaction of judgment affirmed on authority of *Edwards et al.* v. *Gear et al., ante,* p. 602.

APPEAL from an order of the Superior Court of the City and County of San Francisco denying a motion to compel the entry of satisfaction of a judgment. Daniel C. Deasy, Judge.

The facts are stated in the opinion in the case of *Le Roy M. Edwards et al.* v. *Lewis S. Gear et al., ante,* p. 602.

Edward R. Eliassen, and De Lancey C. Smith, for Appellant.

Leroy M. Edwards, L. R. Weinmann, and William F. Herron, *in pro. per.*, for Respondent.

THE COURT.—This is an appeal from an order denying the defendant's motion to compel the plaintiff to enter a satisfaction of the judgment originally entered in the court below and subsequently affirmed upon appeal to this court. (*Herron* v. *Gear,* 26 Cal. App. 18, [145 Pac. 731].)

The motion in question was made after the *remittitur* in the case of *Herron* v. *Gear* went down from this court and during the trial of the case of *Le Roy M. Edwards et al.* v. *Lewis S. Gear et al.,* wherein judgment was rendered in favor of the plaintiffs and this day affirmed by this court. The trial of the latter case and the hearing of the motion now under consideration were heard jointly by the court below and the motion was submitted upon the evidence adduced at the trial of that case.